# United States District Court, Northern District of Illinois

| Name of Assigned Judge Or Magistrate Judge | | Sitting Judge if other than Assigned Judge | Jeffrey Gilbert |
|---|---|---|---|
| **CASE NUMBER** | 22 GJ 1006 | **DATE** | January 24, 2024 |
| **CASE TITLE** | U.S. V. EVERETT G. PULLETT | | |

**FILED**
JAN 24 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNDER SEAL**

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for the SPECIAL OCTOBER 2022 Session, a quorum being present, returns the above entitled Indictment in open Court this date before Judge or Magistrate Judge

THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE SECTION 3142.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND DOCKET NUMBER ASSIGNED TO THIS CASE IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT.

PRIOR TO SEALING, THE GOVERNMENT REQUESTS THAT THREE (3) COPIES OF THE ARREST WARRANT AND FILED INDICTMENT BE PROVIDED TO ASSISTANT U.S. ATTORNEY STEPHANIE STERN (STEPHANIE.STERN@usa.doj.gov) AND TO POSTAL INSPECTOR JERRY PHILLIPS (jrphillips@uspis.gov) IN ORDER TO EXECUTE THE ARREST OF THE DEFENDANT.

THIS INFORMATION IS TO REMAIN SEALED UNTIL THE DEFENDANT EVERETT PULLETT IS ARRESTED, OR UNTIL FURTHER ORDER OF THE COURT.

SIGNATURE OF JUDGE _____
OR MAGISTRATE JUDGE (ONLY IF FILED UNDER SEAL)

Courtroom Deputy Initials: BR